LANG

v.

STATE.

Nos. 0317–92 to 0319–92.

Court of Criminal Appeals of Texas, En Banc.

April 1, 1992.

---

On appellants' petition for discretionary review; petitions dismissed.